UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LEA MALLOY CHIARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANY AND ALL POTENTIAL CLAIMANTS, <br><br> Defendant. | Case No. 19-cv-04748-JSW <br><br> **ORDER REGARDING NOTICE OF SETTLEMENT** <br><br> Re: Dkt. No. 72 |

On September 7, 2023, Plaintiff filed a unilateral notice of settlement informing the Court that a settlement of all claims had been reached by the parties. This matter is currently scheduled for a bench trial beginning on October 23, 2023. The pretrial conference is scheduled for October 2, 2023, and the parties' pretrial filings would be due on September 18, 2023. In light of Plaintiff's notice of settlement, the Court HEREBY CONTINUES the pretrial conference to December 4, 2023, at 2:00 p.m. and CONTINUES the trial date to January 8, 2024, at 8:00 a.m., with the expectation that the parties will file a joint stipulation of dismissal within the next thirty days.

**IT IS SO ORDERED.**

Dated: September 7, 2023

_____
JEFFREY S. WHITE
United States District Judge