UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LEA MALLOY CHIARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANY AND ALL POTENTIAL CLAIMANTS, <br><br> Defendant. | Case No.  19-cv-04748-JSW <br><br> **ORDER REQUIRING STATUS REPORT** |

On September 7, 2023, Plaintiff filed a unilateral notice of settlement informing the Court that a settlement of all claims had been reached by the parties. (Dkt. No. 72.) The Court continued the pretrial conference to December 4, 2023 at 2:00 p.m. with the expectation that the parties would filed a joint stipulation of dismissal within thirty days. (Dkt. No. 73.)

The parties have not filed a stipulation or requested that the trial or pretrial conference be vacated. Pretrial filings remain due November 20, 2023.

The Court ORDERS the parties to file a joint status report on settlement by no later than November 13, 2023.

**IT IS SO ORDERED.**

Dated: November 6, 2023

_____
JEFFREY S. WHITE
United States District Judge